

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | **SEALED** |
| v. | § § | No. 4:20CR 58 |
| TONY SULLIVAN (1) ███████████ | § § § § § | Judge Mazzant |

### INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

           Violation: 18 U.S.C. §§ 1951, and 2 (Conspiracy to Interfere with Interstate Commerce by Robbery, Aiding and Abetting)

### THE CONSPIRACY

From on or about July 2019, and continuing through on or about February 13, 2020, in the Eastern District of Texas and elsewhere, **Tony Sullivan**, ███████████ ███████████████████████████████, the defendants, did knowingly, intentionally and unlawfully combine, conspire, confederate, and agree together and with each other, and with others known and unknown to the Grand Jury, to commit a certain offense against the United States, to wit: to obstruct, delay, affect or interfere with commerce by robbery or threats of physical violence to person(s) in furtherance of a plan to obstruct, delay or affect commerce, in violation of 18 U.S.C. §§1951 and 2.

## OBJECT OF THE CONSPIRACY

The object of the conspiracy was to unlawfully take and obtain personal property, primarily consisting that of United States currency, from the persons and in the presence of employees, owners, and agents of businesses against their will by means of actual and threatened force, violence, and fear of immediate injury to their persons and property.

## MANNER AND MEANS

1. It was part of the conspiracy that **Tony Sullivan**, ███████████ ███████████████████████████, the defendants, and other persons known and unknown to the Grand Jury, discussed and planned with each other, among other things, one or more of the following offenses (times and loss amount are estimates):

| # | Date | Time | Offense Address | Business Address | Offense Type | Loss[1] |
|---|---|---|---|---|---|---|
| 1 | 4/8/2019 - 04/10/2019 |  | 6XX Port Royale[2], Euless, TX | AM Donuts, 115 W. Illinois Avenue, Dallas, Texas | Home Burglary | $60,000 |
| 2 | 4/16/2019 | 11:30 A.M. | 6XX[3] Port Royale, Euless, TX | AM Donuts, 115 W. Illinois Avenue, Dallas, Texas | Home Burglary | Arrest |
| 3 | 7/8/2019 | 8:30 P.M. to 9:32 P.M. | 6XX Port Royale, Euless, TX | AM Donuts, 115 W. Illinois Avenue, Dallas, Texas | Home Burglary/ Robbery | $10,400 |

---

[1] The loss amounts are estimates and are subject to change. Loss amounts could include estimations of the following to include but not limited to stolen United States currency, dollar loss for stolen property items such as cellular phones, lost sales due to the business being closed, expenditures for security guards or systems. The loss amounts do not include residential property damage.
[2] The 6XX Port Royale offense address is the same victim address for each of the Euless offenses.
[3] The residence addresses are redacted.

| # | Date | Time | Location | Business | Offense | Amount |
|---|------|------|----------|----------|---------|--------|
| 4 | 9/10/2019 | 12:55 A.M. to 12:59 A.M. | 600 S. MacArthur Blvd, #XXXX, Coppell, TX | JnH Donut Shop, 4880 Sunnyvale Street, #100, Dallas, Texas | Robbery/ Kidnapping | $4,350 |
| 5 | 9/23/2019 | 2:30 A.M. to 2:35 A.M. | 6XXX Park Lane, Flower Mound, TX | Donuts 4U, 3330 Elsie Faye Heggins Street, #B, Dallas, TX | Robbery | $2,900 |
| 6 | 11/7/2019 | 3:00 A.M. to 6:14 A.M. | 1XXX Audubon Court, Carrollton, TX | Café Donut, 6333 E. Mockingbird Lane, #115, Dallas, TX | Robbery/ Kidnapping | $2,200 |
| 7 | 11/19/2019 | 1:55 A.M. to 2:00 A.M. | 2057 W. Hebron Parkway, #XXX, Carrollton, TX | Mama Donuts, 2131 E. Ledbetter Drive, Dallas, TX | Robbery/ Kidnapping | $830 |
| 8 | 11/27/2019 | 7:55 P.M. to 8:15 P.M. | 6XX Port Royale, Euless, TX | AM Donuts, 115 W. Illinois Avenue, Dallas, Texas | Home Burglary | $12,453 |
| 9 | 12/16/2019 | 6:00 P.M. to 7:23 P.M. | 3XXX Gardenia Drive, Dalworthington Gardens, TX | Arlington Gold and Silver, 2424 W. Pioneer Parkway, Pantego, TX | Robbery/ Kidnapping | $15,719 |
| | | | | | Total | $108,852 |

At all times during the course and scope of the conspiracy, the above-mentioned businesses conducted business in interstate commerce, and the conspiracy would have, and did, in any way or degree, obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce as contemplated by 18 U.S.C. §1951.

2.   It was further part of the conspiracy that the defendants and others known and unknown to the Grand Jury formulated a plan and agreement, which, among other things, included:

   a.   the acquisition of United States currency;

b. the identification and surveillance of victims in preparation of the robbery;

c. the acquisition of property for use in committing robbery;

d. the timing and means of transportation to commit robbery;

e. the roles of participation during the preparation for and commission of robbery;

f. plans to avoid detection and apprehension by law enforcement.

## OVERT ACTS OF THE CONSPIRACY

To effect the object of the conspiracy, **Tony Sullivan**, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, the defendants, and other persons known and unknown to the Grand Jury, committed overt acts within the Eastern District of Texas, and elsewhere, including, but not limited to, the following:

1. On or about November 7, 2019, in Carrollton, Texas, a location within the Eastern District of Texas, **Tony Sullivan**, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and other persons known and unknown to the Grand Jury, aided and abetted each other, took personal property, consisting of United States currency, two Apple iPhones, a business credit card, a second credit card, a Texas driver's license for each victim, and a black wallet, from the persons against their will, by means of actual or threatened force, violence, and fear of injury to their person.

2. On or about November 19, 2019, in Carrollton, Texas, a location within the Eastern District of Texas, **Tony Sullivan**, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and other

persons known and unknown to the Grand Jury, aided and abetted each other, took personal property, consisting of United States currency and a purse from the person against her will, by means of actual or threatened force, violence, and fear of injury to her person. The robbery further prevented the donut store from opening on the day of the robbery, resulting in the approximate loss of $500 to $600 in sales.

3. On or about December 16, 2019, in Dalworthington Gardens, Texas, a location within the Northern District of Texas, **Tony Sullivan**, ▓▓▓▓▓▓ ▓▓▓▓▓▓ and other persons known and unknown to the Grand Jury, aided and abetted each other, took personal property, consisting of United States currency, one business credit card, one business debit card, and a Rolex watch from the persons against their will, by means of actual or threatened force, violence, and fear of injury to their persons. The robbery resulted in a further loss of approximately of $6,718 for security expenditures at the business to include hiring a security guard service, installing an alarm system, and changing the locks.

All in violation of 18 U.S.C. §§1951 and 2.

### Count Two

> Violation: 18 U.S.C. §§ 1201(a)(1) & 1201 (c) (Conspiracy to Kidnap)

### THE CONSPIRACY

From on or about November 2019, and continuing through on or about February 13, 2020, in the Eastern District of Texas and elsewhere, **Tony Sullivan**, ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, the defendants, did knowingly,

intentionally and unlawfully combine, conspire, confederate, and agree together and with each other, and with others known and unknown to the Grand Jury, to commit a certain offense against the United States, to wit: kidnapping, in violation of 18 U.S.C. §§1201(a)(1) and (c).

## OVERT ACTS OF THE CONSPIRACY

To effect the object of this conspiracy, **Tony Sullivan**, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, the defendants, and other persons known and unknown to the Grand Jury, committed overt acts within the Eastern District of Texas, and elsewhere, including, but not limited to, the following:

1. On or about November 7, 2019, in Carrollton, Texas, a location in the Eastern District of Texas, the defendants, **Tony Sullivan**, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and others known and unknown, did unlawfully and willfully conspire to seize, confine, inveigle, kidnap, abduct and hold for ransom, reward, robbery, extortion, and in committing or in furtherance of the commission of the offense used cellular phones and duct tape as a means, facility, and instrumentality of interstate commerce.

2. On or about November 19, 2019, in Carrollton, Texas, a location in the Eastern District of Texas, the defendants, **Tony Sullivan**, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and others known and unknown, did unlawfully and willfully conspire to seize, confine, inveigle, kidnap, abduct and hold for ransom, reward, robbery, extortion, and in committing or in furtherance of the commission of the offense used cellular phones as a means, facility, and instrumentality of interstate commerce.

3.    On or about December 16, 2019, in Dalworthington Gardens, a location in the Northern District of Texas, the defendants, **Tony Sullivan**, ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ and others known and unknown, did unlawfully and willfully conspire to seize, confine, inveigle, kidnap, abduct and hold for ransom, reward, robbery, extortion, and in committing or in furtherance of the commission of the offense used motor vehicles, duct tape and cellular phones as a means, facility, and instrumentality of interstate commerce.

In violation of 18 U.S.C. § 1201(a)(1) and (c).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this Indictment, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461, all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses, including but not limited to the following:

1. One semi-automatic handgun, manufacturer Ruger, model SR45, caliber .45, serial number 380-02666;

2. One semi-automatic handgun, manufacturer Glock, model 22 Gen4, caliber .40 S&W, serial number SMK-492;

All such proceeds and/or instrumentalities are subject to forfeiture by the government.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____       _____
ERNEST GONZALEZ                      Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **SEALED** |
| | § | |
| v. | § | No. 4:20CR |
| | § | Judge |
| TONY SULLIVAN (1)  | § § § § | |

## NOTICE OF PENALTY

### Count One

Violation:   18 U.S.C. §§1951 and 2

Penalty:   Imprisonment for a term of not more than twenty years; a fine not to exceed $250,000.00; and supervised release of not more than three years.

Special Assessment:   $100.00

### Count Two

Violation:   18 U.S.C. § 1201(a)(1)

Penalty:   If two or more persons conspire to violate this section and one or more of such persons do any overt act to effect the object of the conspiracy, each shall be punished by imprisonment for any term of years, or for life; a fine of $250,000; or both; and a term of supervised release of not more than five years.

Special Assessment:   $100.00