IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:20CR58 |
| TONY SULLIVAN (1) | § | Judge Mazzant |
| a.k.a. "Tarantino" | § § | |

## FACTUAL BASIS

The defendant, **Tony Sullivan**, hereby stipulates and agrees that at all times relevant to the Second Superseding Indictment herein, the following facts were true:

1. That the defendant, **Tony Sullivan**, who is changing his plea to guilty, is the same person charged in the Second Superseding Indictment.

2. That the events described in the Second Superseding Indictment occurred in the Eastern District of Texas and elsewhere.

3. On or about July 8, 2019, in Euless, Texas, a location within the Northern District of Texas, **Tony Sullivan, a.k.a. "Tarantino,"** and others, did unlawfully and willfully conspire to seize, confine, inveigle, kidnap, abduct and hold for ransom, reward, robbery, extortion, and in committing or in furtherance of the commission of the offense used cellular phones, a vehicle, a firearm, and duct tape as a means, facility, and instrumentality of interstate commerce.

4. On or about July 31, 2019, in Flower Mound, Texas, a location within the Eastern District of Texas, **Tony Sullivan, a.k.a. "Tarantino,"** and others, did unlawfully and willfully conspire to seize, confine, inveigle, kidnap, abduct and hold for ransom,

reward, robbery, extortion, and in committing or in furtherance of the commission of the offense used cellular phones, a vehicle, a firearm, and duct tape as a means, facility, and instrumentality of interstate commerce.

5. On or about October 2, 2019, in Dallas, Texas, a location within the Northern District of Texas, **Tony Sullivan, a.k.a. "Tarantino,"** and others, did unlawfully and willfully conspire to seize, confine, inveigle, kidnap, abduct and hold for ransom, reward, robbery, extortion, and in committing or in furtherance of the commission of the offense used a cellular phone, a firearm, and a motor vehicle a means, facility, and instrumentality of interstate commerce.

6. On or about November 7, 2019, in Carrollton, Texas, a location in the Eastern District of Texas, the defendants, **Tony Sullivan, a.k.a. "Tarantino,"** and others, did unlawfully and willfully conspire to seize, confine, inveigle, kidnap, abduct and hold for ransom, reward, robbery, extortion, and in committing or in furtherance of the commission of the offense used cellular phones, a motor vehicle, a firearm, and duct tape as a means, facility, and instrumentality of interstate commerce.

7. On or about November 19, 2019, in Carrollton, Texas, a location in the Eastern District of Texas, the defendants, **Tony Sullivan, a.k.a. "Tarantino,"** and others, did unlawfully and willfully conspire to seize, confine, inveigle, kidnap, abduct and hold for ransom, reward, robbery, extortion, and in committing or in furtherance of the commission of the offense used cellular phones and a firearm as a means, facility, and instrumentality of interstate commerce.

8. On or about December 16, 2019, in Dalworthington Gardens, a location in the Northern District of Texas, the defendants, **Tony Sullivan, a.k.a. "Tarantino,"** and others, did unlawfully and willfully conspire to seize, confine, inveigle, kidnap, abduct and hold for ransom, reward, robbery, extortion, and in committing or in furtherance of the commission of the offense used motor vehicles, a firearm, duct tape and cellular phones as a means, facility, and instrumentality of interstate commerce.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

9. I have read this Factual Basis and the Second Superseding Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 3·1·2023

_____
TONY SULLIVAN
Defendant

### COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

10. I have read this Factual Basis and the Second Superseding Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Second Superseding Indictment.

Dated: 3/1/23

_____
JOEL KEITH PETRAZIO
Attorney for the defendant